[Civil No. 269.]

JOHN CLARK, Appellee, v. JOHN F. DAGGS et al., Appellants.

APPEAL from the District Court of the Third Judicial District in and for the County of Yavapai. James H. Wright, Judge.

W. L. Van Horn, and Harris Baldwin, for Appellants.

Wilson & Norris, and Herndon & Hawkins, for Appellee.

June 18, 1889. Affirmed.

---

[Civil No. 265.]

F. C. HATCH, Appellant, v. J. L. GANT, Appellee.

APPEAL from the District Court of the Second Judicial District in and for the County of Maricopa.

E. J. Edwards, and Goodrich & Street, for Appellants.

H. B. Lighthizer, for Appellee.

April 8, 1889. Dismissed.

---

[Criminal Nos. 48, 49, 50, 51, 52, 53, 54, 55, 56, and 57.]

UNITED STATES OF AMERICA, Respondent, v. CAPTAIN JACK and other Indians, Appellants.

APPEAL from the District Court of the Second Judicial District in and for the County of Maricopa. William W. Porter, Judge.

Owen T. Rouse, United States District Attorney, for the United States.

H. N. Alexander, and L. H. Chalmers, for Appellants.

PORTER, A. J.—On the authority of the matter of *habeas corpus* of Gon-shay-ee in the supreme court of the United States, 130 U. S. 343, 32 Law. Ed. 973, 9 Sup. Ct. Rep. 542, this case is reversed.

Barnes, A. J., concurs.